1  BENJAMIN B. WAGNER
   United States Attorney
2  MIA A. GIACOMAZZI
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America



7

8           IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA    SEALED

10

11 UNITED STATES OF AMERICA,       )  CASE NO. 13-mj-00092 GSA
                                   )
12              Plaintiff,         )
                                   )  SEALING ORDER
13 v.                              )
                                   )
14 ISRAEL GARRIDO,                 )  **UNDER SEAL**
                                   )
15              Defendant.         )
                                   )
16 _____  )

17

18      Good cause having been shown, IT IS HEREBY ORDERED that the
19 criminal complaint and affidavit in support of the arrest warrant
20 herein be SEALED until the defendant is arrested pursuant to the
21 arrest warrant authorized by this Court.

22
        Dated: April 22, 2013.                _____
23                                             U.S. MAGISTRATE JUDGE

24

25

26

27

28